# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXT LEVEL VENTURES, LLC,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>AVID HOLDINGS LTD. F/K/A/ ALDEREGO GROUP LTD. and DOES I-XX,<br><br>　　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-1083-JCC |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED that:

1. Respondent's amended motion to vacate an arbitration award (Dkt. No. 21) is DENIED and Petitioner's motion to confirm its arbitration award (Dkt. No. 29) is GRANTED.

2. Petitioner is awarded $892,020.25, plus 12% interest per annum against Respondent.

3. Petitioner is awarded such declaratory relief against Respondent as provided in the Final Arbitration Award dated April 22, 2022 and as indicated at Docket Number 2-1 at 27–28.

DATED this 11th day of May 2023.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ *Samantha Spraker*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk