The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXT LEVEL VENTURES, LLC, a Washington Limited Liability Company,<br><br>Petitioner,<br><br>v.<br><br>AVID HOLDINGS LTD, F/K/A ALDEREGO GROUP LTD., a Hong Kong S.A.R., Limited Liability Company, and DOES I-XX,<br><br>Respondents. | NO. 2:22-cv-01083-JCC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE TO MARCH 8, 2024**<br><br>**CLERK'S ACTION REQUIRED**<br><br><u>**NOTE ON MOTIONS CALENDAR**</u>**:** **FEBRUARY 28, 2024** |

THIS MATTER came before the Court on Respondent Avid Holdings, Ltd., formerly known as AlderEgo Group, Ltd.'s and Petitioner Next Level Ventures, LLC's Stipulated Motion to Extend Noting Date by one week. It is hereby ORDERED that the noting date for Next Level Ventures, LLC's Application for Further Relief in Aid of Declaratory Judgment is extended one week, from March 1, 2024, to March 8, 2024.

//

//

//

(~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE TO MARCH 8, 2024 - 1
(2:22-cv-01083-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858975.1

DATED this 29th day of February 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com

Colin R. Hagan (*pro hac vice*)
David J. Shlansky (*pro hac vice*)
**SHLANSKY LAW GROUP, LLP**
1 Winnisimmet Street
Chelsea, MA 02150
Tel:   (617) 370-8321
Fax:   (866) 257-9530
Email: Colin.Hagan@slglawfirm.com
       David.Shlansky@slglawfirm.com

*Attorneys for Respondent Avid Holdings, Ltd.*

*s/David W. Tufts*
David W. Tufts (*pro hac vice*)
david.tufts@dentons.com
Madeline A. Hock (*pro hac vice*)
madeline.hock@dentons.com
**DENTONS DURHAM JONES PINEGAR**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801.415.3000

(PROPOSED) ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE TO MARCH 8, 2024 - 2
(2:22-cv-01083-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858975.1

1  Tim Cunningham, WSBA #50244
2  **DAVIS WRIGHT TREMAINE LLP**
   timcunningham@dwt.com
3  1300 SW Fifth Avenue, Suite 2400
   Portland, OR 97201-5610
4  Telephone: 503.241.2300
   Fax: 503.778.5299
5
6  *Attorneys for Petitioner Next Level Ventures, LLC*

---

(~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE TO MARCH 8, 2024 - 3
(2:22-cv-01083-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7858975.1